THE STATE OF OHIO, APPELLEE, *v.* KISH, APPELLANT.

[Cite as *State v. Kish* (1995), 71 Ohio St.3d 617.]

(No. 94–2222—Submitted January 24, 1995—Decided March 22, 1995.)

618

*Gregory A. White,* Lorain County Prosecuting Attorney, and *Robert F. Corts,* Assistant Prosecuting Attorney, for appellee.

*Robb V. Kish, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., not participating.